UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 27 2013

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | CRIMINAL NO. B-13-010 |
| | § § | |
| HERBER ELIAZAR GARZA-ARRELLANO | § | |

### ORDER

Upon consideration of the Government's Motion to Dismiss, and for good cause shown, said motion is hereby GRANTED.

IT IS HEREBY ORDERED that this Original Indictment be DISMISSED.

Done in Brownsville, Texas, this the __27th__ day of June, 2013.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE